ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| NileCo General Contracting, LLC | ) ASBCA No. 61882 |
| | ) |
| Under Contract No. W912ER-12-C-0005 | ) |

APPEARANCE FOR THE APPELLANT:        Sean Milani-nia, Esq.
                                     Fox Rothschild LLP
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     Pietro O. Mistretta, Esq.
                                     Rebecca L. Bockmann, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, Middle East
                                       Winchester, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: February 19, 2020

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61882, Appeal of NileCo General Contracting, LLC, rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals